JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>         v.<br><br>RAMON LOPEZ-GARCIA,<br>  Defendant. | 2:25-cv-10915-DSF<br>2:19-cr-00244-DSF<br><br>JUDGMENT |

The Court having denied Defendant's motion under 28 U.S.C. § 2255,

IT IS ORDERED AND ADJUDGED that Defendant not receive the relief sought in the motion.

Date:  December 10, 2025

_____
Dale S. Fischer
United States District Judge